UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>7-ELEVEN, INC., et al.,<br><br>　　　　　Defendants. | No. C 23-04034 WHA<br><br>**ORDER TO SHOW CAUSE** |

An initial case management conference was scheduled for "10/26/2023 11:00 AM in San Francisco, Courtroom 12, 19th Floor" as of July 27, 2023 (Dkt. No. 4). That same docket notice stated that a joint case management statement was due by October 19, 2023. No case management statement has been filed.

At the scheduled time for today's initial case management conference, when this action was called, no party was present. As such, plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff shall submit a sworn statement explaining her failure to appear by **NOVEMBER 22, 2023, at 5:00 P.M.** An in-person hearing regarding plaintiff's response to this order will be held on **NOVEMBER 30, 2023, at 11:00 A.M.**, in Courtroom 12, which is on the 19th Floor of the Phillip Burton Federal Building located at 450 Golden Gate Avenue in San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 26, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE